United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARISSA RODRIGUEZ, individually and on behalf of all other similarly situated individuals, | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 2:20-CV-00220 |
| v. | § § | |
| EVERISE, INC., TRUESOURCE LABS, LLC, and C3/CUSTOMERCONTACTCHANNELS, INC., | § § § § § | |
| *Defendants.* | | |

### ORDER GRANTING AGREED MOTION FOR APPROVAL OF CONFIDENTIAL COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Pending before this Court is the Parties' Agreed Motion for Approval of Confidential Collective Action Settlement Agreement ("Motion"). For the reasons set forth in the Motion, the Court finds that good cause exists and accordingly the Motion is hereby GRANTED.

The Court hereby APPROVES the Parties' Confidential Settlement Agreement and dismisses all claims with prejudice. All relief not granted is expressly denied.

Signed on this 11th day of March, 2021.

_____
HON. NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE